# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. HAMILTON, | Case No. 1:15-cv-01942-AWI-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 32)** |
| CALIFORNIA AIR RESOURCES BOARD, et al., | |
| Defendants. | |

On August 4, 2017, Plaintiff filed a Notice of Stipulation of Dismissal, in which he notifies the Court that he has voluntarily dismissed his Complaint with prejudice. (Doc. 32.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 3.) As such, Plaintiff has voluntarily dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 8, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE